UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGG RATCLIFF and PORSCHE HOLDER, <br><br>  Plaintiffs, <br><br> vs. <br><br> TRANSTEWART TRUCKING, INC., BURRELL LEE, CHEROKEE INSURANCE COMPANY, and GREAT AMERICAN INSURANCE COMPANY, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO._____

## NOTICE OF REMOVAL

Defendant, TranStewart Trucking, Inc., by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby gives notice of the removal of this cause of action from the Madison County, Indiana Circuit Court No. 6 to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support thereof, states:

  1. On February 25, 2022, Plaintiffs, Gregg Ratcliff and Porsche Holder, filed a civil action against Defendant Burrell Lee in the Madison County Circuit Court No. 6 for the State of Indiana, under Cause No. 48C06-2202-CT-000022. A true and accurate copy of the Complaint is attached hereto as Exhibit "A".

  2. On March 14, 2022, Plaintiffs, before Burrell Lee filed a responsive pleading, filed its First Amended Complaint against Burrell Lee and named TranStewart Trucking, Inc., Cherokee Insurance Company, and Great American Insurance Company as additional defendants. A true and accurate copy of the First Amended Complaint is attached hereto as Exhibit "B". A complete copy of all State Court filings are attached hereto as Exhibit "C".

3. On or about March 14, 2022, Plaintiffs' First Amended Complaint was served on Defendant, Burrell Lee.

4. On or about March 17, 2022, Plaintiffs' First Amended Complaint was served on Defendants, Cherokee Insurance Company and Great American Insurance Company.

5. On or about March 18, 2022, Plaintiffs' First Amended Complaint was served on Defendant, TranStewart Trucking, Inc.

6. Defendant, TranStewart Trucking, Inc., has not yet filed an Appearance of Counsel.

7. There are no pending motions in the State Court case as of the filing of this Notice.

8. No Defendant has yet filed a response to the First Amended Complaint.

9. Defendant, TranStewart Trucking, Inc.'s, deadline to respond to Plaintiffs' First Amended Complaint is on or about April 11, 2022.

10. Defendant, Cherokee Insurance Company's, deadline to respond to Plaintiffs' First Amended Complaint is on or about April 11, 2022.

11. Defendant, Great American Insurance Company's, deadline to respond to Plaintiffs' First Amended Complaint is on or about April 11, 2022.

12. Defendant, Burrell Lee's, deadline to respond to Plaintiffs' First Amended Complaint is May 4, 2022.

13. The parties are of diverse citizenship:

   a. Plaintiffs, Gregg Ratcliff and Porsche Holder, are domiciled in and citizens of Madison County, Indiana.

   b. Defendant, TranStewart Trucking, Inc., was incorporated and organized under the laws of the State of Michigan, and its principal place of business is in Hillsdale, Michigan.

    c. Cherokee Insurance Company, was incorporated and organized under the laws of the State of Michigan, and its principal place of business is in Warren, Michigan.

    d. Defendant, Great American Insurance Company, was incorporated and organized under the laws of the State of Ohio, and its principal place of business is in Cincinnati, Ohio.

    e. Defendant, Burrell Lee, is domiciled in and a citizen of the Commonwealth of Kentucky.

14. This litigation involves an accident that occurred on January 28, 2022, on Interstate 69 in Pendleton, Madison County, Indiana.

15. In their Amended Complaint, Plaintiffs allege they have suffered damages as result of the negligent actions of Defendants, Burrell Lee and TranStewart Trucking, Inc.

16. In their Amended Complaint, Plaintiffs also seek declaratory judgments against Cherokee Insurance Company and Great American Insurance Company that insurance policies with those companies provide coverage to plaintiffs relating to the accident.

17. Based upon communications with Plaintiffs' counsel, including that both plaintiffs experienced lengthy stays in the hospital and suffered broken bones, the alleged sustained damages exceed the jurisdiction limits of $75,000.00, exclusive of interest and costs.

18. Based on the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a).

19. Defendants, Burrell Lee, Great American Insurance Company, and Cherokee Insurance Company have each consented to the removal of the foregoing action to the United States

District Court for the Southern District of Indiana, Indianapolis Division.  A copy of Burrell Lee's Consent is attached hereto as <u>Exhibit "D"</u>, a copy of Great American Insurance Company's Consent is attached hereto as <u>Exhibit "E"</u>, and a copy of Cherokee Insurance Company's Consent is attached hereto as <u>Exhibit "F"</u>.

20. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be served upon all counsel of record and a copy of this Notice of Removal will be filed with the Clerk of the Madison County Circuit Court.

21. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant, TranStewart Trucking, Inc., by counsel, respectfully requests that the above-enumerated action now pending against Defendants in the Madison County Circuit Court No. 6 of the State of Indiana be removed to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

DEFUR VORAN LLP


By:   /s/ Robert D. Emmerson
Robert D. Emmerson, Atty. #21617-49
Daniel G. Kerns, Atty. #32031-49
8409 Fishers Centre Drive
Fishers, IN  46038
(T) 317-585-8085
(F) 317-585-8858
remmerson@defur.com
dkerns@defur.com
***Attorneys for Defendant,
TranStewart Trucking, Inc.***

## **CERTIFICATE OF SERVICE**

      I certify that on the 29th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on the 29th day of March 2022, a copy of the foregoing was served upon the following by U.S. First Class mail, postage prepaid:

Gregg Ratcliff & Porsche Holder
c/o Scott A. Faultless
CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
sfaultless@ckflaw.com

Burrell Lee
c/o Jonathon Y. Snider
DINSMORE & SHOHL, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Yogi.snider@dinsmore.com

Cherokee Insurance Company
c/o James D. Wilson
WILSON GROUP LAW PLC
Two Towne Square, Suite 901
Southfield, MI 48076
jwilson@wglplc.com

Great American Insurance Company
c/o Matthew J. Kowals & Scott Wing
LEAHY, EISENBERG, & FRAEKNEL LTD
33 W Monroe Street, Suite 1100
Chicago, IL 60603
mjk@lefltd.com
sw@lefltd.com

                                              /s/ Robert D. Emmerson
                                            Robert D. Emmerson, Esq.