Filed: 3/14/2022 4:35 PM
Madison County Circuit Court 6
Madison County, Indiana

IN THE CIRCUIT COURT NO. 6 FOR MADISON COUNTY
STATE OF INDIANA

CAUSE NO. 48C06-2202-CT-000022

| | |
|---|---|
| GREGG RATCLIFF AND PORSCHE HOLDER, | ) ) ) |
| PLAINTIFFS, | ) ) ) |
| V. | ) ) |
| TRANSTEWART TRUCKING, INC. BURRELL LEE, CHEROKEE INSURANCE COMPANY, AND GREAT AMERICAN INSURANCE COMPANY, | ) ) ) ) ) |
| DEFENDANTS. | ) |

## FIRST AMENDED COMPLAINT

Plaintiffs Gregg Ratcliff and Porsche Holder, by counsel, hereby assert claims for relief against Defendants TranStewart Trucking, Inc., Burrell Lee, Cherokee Insurance Company, and Great American Insurance Company. In support hereof, the Plaintiffs state and allege:

1. At all times relevant herein, Gregg Ratcliff and Porsche Holder were married, living together, and domiciled in the state of Indiana.

2. At all times relevant herein, Burrell Lee was domiciled in the Commonwealth of Kentucky.

3. At all times relevant herein, TranStewart Trucking, Inc. was doing business in the state of Indiana.

4. At all times relevant herein, Cherokee Insurance Company was doing business in the state of Indiana.

**EXHIBIT B**

5. At all times relevant herein, Great American Insurance Company was doing business in the state of Indiana.

## Count I

Gregg Ratcliff and Porsche Holder, by counsel, hereby assert claims for relief against Burrell Lee.

6. On January 28, 2022, at approximately 1:39 a.m., based upon knowledge and belief, Porsche Holder was occupying a Dodge that had experienced a mechanical problem which had stopped in the right, northbound shoulder of Interstate 69 in Madison County, Indiana.

7. At said date and time, Gregg Ratcliff had stopped a Chevrolet in the right, northbound shoulder of Interstate 69 to aid Porsche Holder.

8. At said date and time, Gregg Ratcliff was in between the Chevrolet and the Dodge attempting to repair the Dodge.

9. At said date and time, Burrell Lee was driving a semi-tractor in the right, northbound travel lane on Interstate 69 behind the Dodge and Chevrolet.

10. At said date and time, Burrell Lee was negligent in driving the semi-tractor, including failing to use reasonable care, failing to maintain proper control, failing to keep a proper lookout, driving at an unreasonable speed under the circumstances, and driving onto the shoulder of the roadway.

11. On January 28, 2022, at approximately 1:39 a.m., the negligent conduct of Burrell Lee in driving the semi-tractor was a responsible cause of a collision with the Dodge being occupied by Porsche Holder, which forced the Dodge to collide into

**EXHIBIT B**

Gregg Ratcliff and the Chevrolet.

12. The negligent conduct of Burrell Lee was the unexcused violation of one or more laws designed to protect the class of persons, including Gregg Ratcliff and Porsche Holder, against the type of harm which occurred because of the violation.

13. The negligent conduct of Burrell Lee was a responsible cause of Gregg Ratcliff experiencing harms, including injuries, pain, suffering, and damages.

14. The negligent conduct of Burrell Lee was a responsible cause of Porsche Holder experiencing harms, including injuries, pain, suffering, and damages.

**WHEREFORE**, Plaintiffs Gregg Ratcliff and Porsche Holder pray that the Court enters a judgment against Defendants TranStewart Trucking, Inc. and Burrell Lee for compensatory damages in an amount sufficient to remedy the harms to Plaintiffs Gregg Ratcliff and Porsche Holder, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

## Count II

Gregg Ratcliff and Porsche Holder, by counsel, hereby assert claims for relief against TranStewart Trucking, Inc. and Burrell Lee.

15. Gregg Ratcliff and Porsche Holder incorporate by reference herein paragraphs numbered 6 through 14 of the First Amended Complaint.

16. At all times relevant herein, based upon information, Burrell Lee was an employee of TranStewart Trucking, Inc. and working within the scope of said employment.

17. At all times relevant herein, TranStewart Trucking, Inc. was a motor carrier

**EXHIBIT B**

subject to the provisions of the Federal Motor Carrier Safety Regulations.

18. At all times relevant herein, the semi-tractor being driven by Burrell Lee was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulation.

19. At all times relevant herein, the semi-tractor being driven by Burrell Lee was property that was being transported in interstate commerce.

**WHEREFORE**, Plaintiffs Gregg Ratcliff and Porsche Holder pray that the Court enters a judgment against Defendant TranStewart Trucking, Inc. for compensatory damages in an amount sufficient to remedy the harms to Plaintiffs Gregg Ratcliff and Porsche Holder, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

### Count III

Gregg Ratcliff and Porsche Holder, by counsel, hereby assert claims for relief against Great American Insurance Company.

20. Gregg Ratcliff and Porsche Holder incorporate by reference herein paragraphs numbered 6 through 14 of the First Amended Complaint.

21. At all times relevant herein, Great American Insurance Company issued a non-trucking liability policy to Burrell Lee.

22. On January 28, 2022, the non-trucking liability policy was in effect.

23. An actual controversy exists as to Great American Insurance Company's obligations under the non-trucking liability policy to indemnify Burrell Lee for the claims of Gregg Ratcliff and Porsche Holder arising from the collision on January 28,

**EXHIBIT B**

2022.

24. This declaratory judgment action is necessary and useful in determining the rights and responsibilities of the parties under the non-trucking liability policy pursuant to Trial Rule 57 and the Indiana Declaratory Judgment Act, Indiana Code § 34-14-1 *et seq.*

**WHEREFORE**, Plaintiffs Gregg Ratcliff and Porsche Holder prays that the Court enters a judgment declaring that Defendant Great American Insurance Company is obligated to defend and indemnify Burrell Lee under the non-trucking liability policy from the claims of Plaintiffs Gregg Ratcliff and Porsche Holder arising from the collision on January 28, 2022, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

## Count IV

Gregg Ratcliff and Porsche Holder, by counsel, hereby assert claims for relief against Cherokee Insurance Company.

25. Gregg Ratcliff and Porsche Holder incorporate by reference herein paragraphs numbered 6 through 14 and 16 through 19 of the First Amended Complaint.

26. At all times relevant herein, Cherokee Insurance Company issued a trucking liability policy with an MCS-90 endorsement to TranStewart Trucking, Inc.

27. On January 28, 2022, the trucking liability policy and MCS-90 endorsement was in effect.

28. An actual controversy exists as to Cherokee Insurance Company's obligations under the trucking liability policy and MCS-90 endorsement to defend and

**EXHIBIT B**

indemnify Burrell Lee and TranStewart Trucking, Inc. for the claims of Gregg Ratcliff and Porsche Holder arising from the collision on January 28, 2022.

29. This declaratory judgment action is necessary and useful in determining the rights and responsibilities of the parties under the trucking liability policy and MCS-90 endorsement pursuant to Trial Rule 57 and the Indiana Declaratory Judgment Act, Indiana Code § 34-14-1 *et seq*.

**WHEREFORE**, Plaintiffs Gregg Ratcliff and Porsche Holder pray that the Court enters a judgment declaring that Defendant Cherokee Insurance Companyis obligated to defend and indemnify Burrell Lee and TranStewart Trucking, Inc. under the trucking liability policy and MCS-90 endorsement from the claims of Plaintiffs Gregg Ratcliff and Porsche Holder arising from the collision on January 28, 2022, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *David W. Craig*
David W. Craig, #4356-98

/s/ *Scott A. Faultless*
Scott A. Faultless, #15736-49

Attorneys for Plaintiffs:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

**EXHIBIT B**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following via Indiana's e-filing system, and electronic mail, on the 14th day of March, 2022, and upon TranStewart Trucking, Inc., Cherokee Insurance Company, and Great American Insurance Company via a summons:

Christopher Lee
Jonathon Yogi Snider
DINSMORE & SHOHL, LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208

/s/ *Scott A. Faultless*
Scott A. Faultless

**EXHIBIT B**